Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Weismann, et al.,<br><br>    Plaintiff(s),<br><br> v.<br><br>Stitch Fix, Inc., Katrina Lake, Paul Yee and Mike C. Smith,<br><br>    Defendant(s). | Case No: 18-cv-06565<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

 I, J. Alexander Hood II, an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, STEVEN WEISMANN in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 468 North Camden Drive<br>Beverly Hills, CA 90210 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 661-1100 | (818) 532-6449 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ahood@pomlaw.com | jpafiti@pomlaw.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JA4625.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/30/18

                 J. Alexander Hood II
                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of J. Alexander Hood II is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/31/2018

                 *Haywood S. Gill Jr.*
             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Joseph Alexander Hood

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of March, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **15th day of August, 2018**.

*Robert D Mayberger*

Clerk



# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    JOSEPH ALEXANDER HOOD II    </u>, Bar # <u>   JA4625   </u>

was duly admitted to practice in this Court on

<u>   AUGUST 13, 2015   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on    <u>JULY 17, 2018</u>

<u>Ruby J. Krajick</u>     by <u>   [signature]   </u>
Clerk                           Deputy Clerk