COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
WILLIAM N. GROSSWENDT (299293)
(wgrosswendt@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants,
STITCH FIX, INC., KATRINA LAKE, PAUL YEE,
and MIKE C. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN WEISMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STITCH FIX, INC., KATRINA LAKE, PAUL YEE and MIKE C. SMITH,<br><br>Defendant. | Case No. 4:18-cv-06565-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RESET ALL RELATED DEADLINES AND EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIP AND ORDER TO VACATE CMC
AND EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 4:18-CV-06565-HSG

Plaintiff Steven Weismann, individually and on behalf of all others similarly situated, ("Plaintiff"), by and through his undersigned counsel, and Defendants Stitch Fix, Inc. ("Stitch Fix"), Katrina Lake, Paul Yee, and Mike C. Smith (Defendants), by and through their undersigned counsel, hereby stipulate and agree as follows.

WHEREAS Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws was filed in the action styled *Weismann v. Stitch Fix, Inc. et al.*, No. 4:18-cv-06565-HSG on October 26, 2018 (Dkt. No. 1) (the "Complaint");

WHEREAS, Plaintiff has not yet served the Complaint on any Defendant;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendants will be required to answer or otherwise respond to Plaintiff's Complaint within 21 days of service;

WHEREAS, another Class Action Complaint for Violations of the Federal Securities Laws concerning substantially the same parties and events was filed in the action styled *Sawicki v. Stitch Fix, Inc. et al*, No. 3:18-cv-06208-JD on October 11, 2018 (Dkt. No. 1).

WHEREAS, under section 78u-4(a)(3) of the Private Securities Litigation Reform Act of 1995 ("PSLRA") the deadline to file a motion to appoint lead plaintiff and to appoint lead counsel is December 10, 2018;

WHEREAS, on October 29, 2018, this Court issued an Order, scheduling an Initial Case Management Conference for February 5, 2019 along with related Alternative Dispute Resolution ("ADR") deadlines;

WHEREAS, the parties agree that, in light of the deadline to file a motion to appoint lead plaintiff and lead counsel, and in the interest of judicial economy and preservation of the Court's and the parties' resources, Defendants need not respond to the pending Complaint;

WHEREAS, under Civil Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint provided that the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS the Court has not issued any order setting the time within which Defendants must answer or otherwise respond to the Complaint;

NOW THEREFORE, the parties hereby STIPULATE and AGREE as follows, through their

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP AND ORDER TO VACATE CMC
AND EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 4:18-CV-06565-HSG

undersigned counsel:

1. Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by not answering, moving against, or otherwise responding to the pending Complaint in the action styled *Weismann v. Stitch Fix, Inc. et al.*, No. 4:18-cv-062565-HSG.

2. Upon appointment of a lead plaintiff and lead counsel, the parties will meet and confer to set a schedule for the filing by such lead plaintiff of a consolidated complaint and Defendants' response.

3. The Initial Case Management Conference currently scheduled for February 5, 2019, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be vacated and reset after appointment of lead plaintiff and lead counsel.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: November 7, 2018 **COOLEY LLP**

*/s/ Jessica Valenzuela Santamaria*
Patrick E. Gibbs (183174)
Jessica Valenzuela Santamaria (220934)
William N. Grosswendt (299293)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400

*Attorneys for Defendants,*
STITCH FIX, INC., KATRINA LAKE, PAUL YEE,
*and* MIKE C. SMITH

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP AND ORDER TO VACATE CMC
AND EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 4:18-CV-06565-HSG

| | | |
|---|---|---|
| Dated: | November 7, 2018 | **POMERANTZ LLP** |

*/s/ Jennifer Pafiti*
Jennifer Pafiti (282790)
468 North Camden Drive
Beverly Hills, CA 90210
Tel: (818) 532-6449

POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665

*Attorneys for Plaintiff,*
*STEVEN WEISMANN*

### **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:     November 7, 2018        COOLEY LLP

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**STIP AND ORDER TO VACATE CMC**
**AND EXTEND TIME TO RESPOND TO COMPLAINT**
**CASE NO. 4:18-CV-06565-HSG**

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 8, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

190276999 v1

Cooley LLP
Attorneys At Law
Palo Alto

Stip and Order to Vacate CMC
and Extend Time to Respond to Complaint
Case No. 4:18-cv-06565-HSG